**Alan J. Harris**
**Attorney at Law**

427 Manville Road
Pleasantville, NY 10570
Tel: (914) 747-9393
Fax: (914) 747-9394
E-mail: Alan@AlanHarrisLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

December 3, 2019

VIA ECF AND FACSIMILE TRANSMISSION

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein, U.S.D.J.
> Date: 12-4-19

Re: *Verch v. Rae Internet, Inc.*
Index: 19-cv-10445 (AKH)

Dear Judge Hellerstein:

This office represents the defendant, Rae Internet, Inc., in the above-referenced action. Counsel for plaintiff, who is copied here, has approved the filing of this letter.

We write to inform the court that the parties have reached a settlement in principle, and are in the process of preparing a written settlement agreement. Accordingly, we respectfully request that the court issue a Notice of Dismissal, with 30 days to reopen same should the parties need to do so. While the parties do not foresee any problems in finalizing the settlement agreement, if any problems arise, we will promptly notify the Court of same.

Respectfully,

Alan J. Harris

Cc: Via Email
Richard Liebowitz, Esq.
*Counsel for Plaintiff*